STATE OF NEW YORK  COUNTY OF **MONROE**
**TOWN** COURT    TOWN of **IRONDEQUOIT**

Defendant: **NA**
(Relationship to alleged victim)

Alleged Victim: **NA**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
— VS.—

**SEUN A OGUNKOYA**

Date of Birth
**2/28/1980**

Defendant(s)

## ACCUSATION

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having COMMITTED the **FELONY** of **IDENTITY THEFT 1- OBTAIN GOODS** in violation of Section **190.80**, Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/26/2014** at about **04:10 PM** in the **TOWN** of **IRONDEQUOIT**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of IDENTITY THEFT 1ST:ASSUME ANOTHER'S IDENTITY-OBTAIN GOODS WORTH >$2000. A person is guilty of identity theft in the first degree when he or she knowingly and with intent to defraud assumes the identity of another person by presenting himself or herself as that other person, or by acting as that other person or by using personal identifying information of that other person, and thereby:1. obtains goods, money, property or services or uses credit in the name of such other person in an aggregate amount that exceeds two thousand dollars;Identity theft in the first degree is a class D felony.

## FACTS

TO WIT:
On the aforementioned date, place, and time, defendant did use the credit of another person, to unlawfully purchase eight $2,000 Home Depot gift cards, at the Irondequoit Home Depot, 111 East Ridge Road, Rochester NY, in the town of Irondequoit NY, Monroe County. The aggregate amount of the gift cards obtained equals $16,000.00. Defendant unlawfully purchased the gift cards using the credit of DAVID N. BOLAK and DAVID N. BOLAK's Visa card number 4300 2300 9525 5917. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein ~~on direct knowledge and/or~~ upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the ~~attached SUPPORTING DEPOSITION(s) of:~~ **POLICE DEPARTMENT INVESTIGAITON, VIDEO SURVEILLANCE**

## NOTICE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26**.**TH** day of **JANUARY**, **2015**
—OR—
Subscribes and sworn to before me this _____ day of _____, 20 _____

COMPLAINANT -

| STATE OF NEW YORK | COUNTY OF MONROE |
|---|---|
| TOWN _____ COURT | TOWN of IRONDEQUOIT |

Defendant: **NA**
(Relationship to alleged victim)

Alleged Victim: **NA**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
— VS.—

SEUN A OGUNKOYA

Date of Birth: 2/28/1980

Defendant(s)

## ACCUSATION

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having **COMMITTED** the **FELONY** of **GRAND LARCENY 3RD DEGREE** in violation of Section **155.35**, Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/26/2014** at about **04:10 PM** in the **TOWN** of **IRONDEQUOIT**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of GRAND LARCENY 3RD DEGREE: PROPERTY VALUE EXCEEDS $3000. A person is guilty of grand larceny in the third degree when he or she steals property when the value of the property exceeds three thousand dollars. Grand larceny in the third degree is a class D felony

## FACTS

TO WIT:
On the aforementioned date, place, and time, defendant did steal $16,000 by purchasing eight $2,000 Home Depot gift cards, at the Irondequoit Home Depot, 111 East Ridge Road, Rochester NY, in the town of Irondequoit NY, Monroe County, using stolen credit card numbers. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon infomation and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **POLICE DEPARTMENT INVESTIGAITON, VIDEO SURVEILLANCE**

## NOTICE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26 TH** day of **JANUARY**, **2015**

—OR—

Subscribes and sworn to before me this _____ day of _____, 20 ____

COMPLAINANT -

| STATE OF NEW YORK | COUNTY OF MONROE |
|---|---|
| TOWN _____ COURT | TOWN of GREECE |

Defendant: NA _____  
(Relationship to alleged victim)

Alleged Victim: NA _____  
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-- VS.--

SEUN A OGUNKOYA

Date of Birth: 02/28/1980

Defendant(s)*

**ACCUSATION**

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having COMMITTED the **FELONY** of **IDENTITY THEFT 1- OBTAIN GOODS** in violation of Section **190.80**, Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/26/2014** at about **04:38 PM** in the **TOWN** of **GREECE**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of IDENTITY THEFT 1ST:ASSUME ANOTHER'S IDENTITY-OBTAIN GOODS WORTH >$2000. A person is guilty of identity theft in the first degree when he or she knowingly and with intent to defraud assumes the identity of another person by presenting himself or herself as that other person, or by acting as that other person or by using personal identifying information of that other person, and thereby: 1. obtains goods, money, property or services or uses credit in the name of such other person in an aggregate amount that exceeds two thousand dollars; identity theft in the first degree is a class D felony.

**FACTS**

TO WIT:
On the aforementioned date, place, and time, defendant did use the credit of another person, to unlawfully purchase two $2,000 Home Depot gift cards, at the Greece Home Depot, 1250 West Ridge Road, Rochester NY, in the town of Greece NY, Monroe County. The aggregate amount of the gift cards obtained equals $4,000.00. Defendant unlawfully purchased the gift cards using the credit of DARYL P. PIETROCARLO and PIETROCARLO's Visa card number 4300 2300 9813 6452. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein ~~on direct knowledge and/or~~ upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **DARYL PIETROCARLO**

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26**TH day of **JANUARY**, **2015**

--OR--

Subscribes and sworn to before me this _____ day of _____, 20____

_____  
COMPLAINANT -

| | |
|---|---|
| STATE OF NEW YORK | COUNTY OF **MONROE** |
| **TOWN** COURT | **TOWN** of **GREECE** |

Defendant: **NA**
(Relationship to alleged victim)

Alleged Victim: **NA**
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
– VS.–

SEUN A OGUNKOYA

Date of Birth
02/28/1980

Defendant(s)

## ACCUSATION

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having COMMITTED the **FELONY** of **GRAND LARCENY 3RD DEGREE** in violation of Section **155.35**, Subdivision **01** of the **PENAL** Law of the State of New York. That on or about **04/26/2014** at about **04:38 PM** in the **TOWN** of **GREECE**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of GRAND LARCENY 3RD DEGREE: PROPERTY VALUE EXCEEDS $3000. A person is guilty of grand larceny in the third degree when he or she steals property when the value of the property exceeds three thousand dollars. Grand larceny in the third degree is a class D felony

## FACTS

TO WIT:
On the aforementioned date, place, and time, defendant did steal $4,000 by purchasing two $2,000 Home Depot gift cards, at the Greece Home Depot, 1250 West Ridge Road, Rochester NY, in the town of Greece NY, Monroe County, using stolen credit card numbers. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein ~~on direct knowledge and/or~~ upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **DARYL PIETROCARLO**

## NOTICE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26** TH day of **JANUARY**, **2015**
—OR—
Subscribes and sworn to before me this _____ day of _____, 20 ____

_____
COMPLAINANT –

| STATE OF NEW YORK | | COUNTY OF MONROE | |
|---|---|---|---|
| TOWN COURT | | TOWN of HENRIETTA | |

Defendant: **NA** (Relationship to alleged victim)

Alleged Victim: **NA** (Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
– vs.–
**SEUN A OGUNKOYA**
Date of Birth: **2/28/1980**
Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having **COMMITTED** the **FELONY** of **IDENTITY THEFT 1- OBTAIN GOODS** in violation of Section **190.80**, Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/26/2014** at about **05:00 PM** in the **TOWN** of **HENRIETTA**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of IDENTITY THEFT 1ST:ASSUME ANOTHER'S IDENTITY-OBTAIN GOODS WORTH >$2000. A person is guilty of identity theft in the first degree when he or she knowingly and with intent to defraud assumes the identity of another person by presenting himself or herself as that other person, or by acting as that other person or by using personal identifying information of that other person, and thereby:1. obtains goods, money, property or services or uses credit in the name of such other person in an aggregate amount that exceeds two thousand dollars;identity theft in the first degree is a class D felony.

**FACTS**

TO WIT:
On the aforementioned date, place, and time, defendant did use the credit of another person, to unlawfully purchase four $2,000 Home Depot gift cards, at the Henrietta Home Depot,770 Jefferson Road, Rochester NY, in the town of Henrietta NY, Monroe County. The aggregate amount of the gift cards obtained equals $8,000.00. Defendant unlawfully purchased the gift cards using the credit of MERTON A. FERNAAYS and MERTON A. FERNAAYS Visa card number 4300 2300 4294 7533. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **POLICE DEPARTMENT INVESTIGAITON, VIDEO SURVEILLANCE**

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26** TH day of **JANUARY**, **2015**
–OR–
Subscribes and sworn to before me this _____ day of _____, 20 ____

COMPLAINANT -

| STATE OF NEW YORK | COUNTY OF MONROE |
|---|---|
| TOWN COURT | TOWN of HENRIETTA |

Defendant: NA
(Relationship to alleged victim)

Alleged Victim: NA
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
— VS.—

SEUN A OGUNKOYA

Date of Birth
2/28/1980

Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **MARK E EIFERT**, as the Complainant herein, **STATIONED** at **SP CANANDAIGUA**, accuses the above mentioned Defendant(s), with having COMMITTED the **FELONY** of **GRAND LARCENY 3RD DEGREE** in violation of Section **155.35**, Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/26/2014** at about **05:00 PM** in the **TOWN** of **HENRIETTA**, County of **MONROE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of GRAND LARCENY 3RD DEGREE: PROPERTY VALUE EXCEEDS $3000. A person is guilty of grand larceny in the third degree when he or she steals property when the value of the property exceeds three thousand dollars. Grand larceny in the third degree is a class D felony

**FACTS**

TO WIT:
On the aforementioned date, place, and time, defendant did steal $8,000 by purchasing four $2,000 Home Depot gift cards, at the Henrietta Home Depot, 770 Jefferson Road, Rochester NY, in the town of Henrietta NY, Monroe County, using stolen credit card numbers. All contrary to the above statute made and provided for.

The above allegations of fact are made by the Complainant herein ~~on direct knowledge and/or~~ upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in ~~the attached SUPPORTING DEPOSITION(s) of~~: POLICE DEPARTMENT INVESTIGAITON, VIDEO SURVEILLANCE

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **26**<sup>TH</sup> day of **JANUARY**, **2015**
—OR—
Subscribes and sworn to before me this _____ day of _____, 20 _____

COMPLAINANT -