**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEUN OGUNKOYA, <br><br> Plaintiff, <br> v. <br><br> ALBERT DRAKE III, et al., <br><br> Defendants. | **CERTIFICATE OF SERVICE** <br><br> Case No. 15-cv-6119-KAM-LB |

I certify that on **December 21, 2017**, I electronically filed Defendants Sandra Doorley, Mark Monaghan, and James Egan's Answer to Plaintiff's Second Amended Complaint, dated December 19, 2017, with the Clerk of the District Court using its CM/ECF system, which then electronically notified the following CM/ECF participant on this case:

> Daphna Frankel, Esq.
> Assistant Attorney General
> Office of the Attorney General
> *Attorneys for Defendants Investigators Albert Drake, Mark Eifert, and Dariusz Zysk, and Trooper Peter Schrage*
> 120 Broadway
> New York, New York 10271-0332
>
> Adam Fee, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> *Attorneys for Plaintiff*
> 28 Liberty Street
> New York, New York 10005-1413

December 21, 2017      Michael E. Davis, Monroe County Attorney

s/ *Matthew D. Brown*
Matthew D. Brown
*Attorney for Defendants Sandra Doorley, Mark Monaghan, and James Egan*
Senior Deputy County Attorney
307 COB, 39 West Main Street
Rochester, New York 14614
585.753.1407
matthewbrown@monroecounty.gov